PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>John T. Perry</u>  Case Number: <u>2:01-00010</u>

Name of Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>October 21, 2002</u>

Original Offense: <u>21 U.S.C. § 841(a)(1) - Manufacture, Distribute, and Possess With Intent to Distribute Methamphetamine; 26 U.S.C. § 5861(f) - Making a Sawed-Off Shotgun; and 26 U.S.C. § 5861(d) - Possession of an Unregistered Sawed-Off Shotgun</u>

Original Sentence: <u>235 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>October 29, 2015</u>

Assistant U.S. Attorney: <u>Cecil VanDevender</u>   Defense Attorney: <u>Mariah A. Wooten</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this ___ day of _April_, 2016, and made a part of the records in the above case.

_____
Laminta Poe
U.S. Probation Officer

_____
Todd J. Campbell
U.S. District Judge

Place   Nashville, Tennessee

Date    April 22, 2016

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from any unlawful use of a controlled substance.**

On April 14, 2016, a urine screen was collected which tested positive for Methamphetamine. Mr. Perry openly admitted to using the substance one time, on April 11, 2016, after totaling his vehicle in a car accident three days prior.

**Compliance with Supervision Conditions and Prior Interventions:**

John Perry began his term of supervised release on October 30, 2015, and is currently scheduled to complete his term on October 29, 2020. Mr. Perry is a resident of Davidson County, Tennessee, and has secured his own residence at 507 Northcrest Drive in Nashville, Tennessee.

At the start of supervision, Mr. Perry had acquired employment with two restaurants–The City Winery and Southern Steak and Oyster–both located in Nashville, Tennessee. Mr. Perry has maintained employment at both establishments and provides verification monthly. Mr. Perry has been verbally reprimanded and placed into the probation office's drug testing program.

**U.S. Probation Officer Recommendation:**

The probation officer is recommending that no additional action be taken by the Court at this time. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Donna Jackson
Supervisory U.S. Probation Officer